# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 25-1180 PA (JDEx) | Date | September 16, 2025 |
|---|---|---|---|
| Title | Yi-Sheng Fang, et al. v. Hechalou US LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE

On July 31, 2025 the Court issued an Order granting the Motion for Preliminary Injunction filed by plaintiffs Yi-Sheng Fang and Hechalou International LLC ("Plaintiffs"). (Docket No. 24.) The Court's Order stated that it would issue the Preliminary Injunction (as set forth in the Order) after Plaintiffs posted a cash or surety bond with the Clerk in the amount of $170,000. (Id.) Yet, as of today's date, Plaintiffs have failed to post the cash or surety bond with the Clerk.

Accordingly, the Court orders Plaintiffs to show cause why the Court should not vacate the Order granting Plaintiffs' Motion for Preliminary Injunction. Plaintiffs' response to this Order shall be filed no later than September 30, 2025. The failure to respond to the OSC or to post the bond by September 30, 2025 will result in the Court vacating its Order granting Plaintiff's Motion for Preliminary Injunction. The Court will consider the posting of the bond by September 30, 2025 a sufficient response to this Order to Show Cause.

IT IS SO ORDERED.