UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI SHENG FANG, et al., | CV 25-1180 PA (JDEx) |
|     Plaintiffs, | PRELIMINARY INJUNCTION |
|   v. | |
| HECHALOU US LLC, et al., | |
|     Defendants. | |

    In accordance with the Court's July 31, 2025, Order granting the Motion for Preliminary Injunction filed by plaintiffs Yi-Sheng Fang ("Fang") and Hechalou International LLC ("Hechalou International") ("Plaintiffs"),

    IT IS HEREBY ORDERED that pending a trial of this action or further order of this Court, defendants Hechalou US LLC and Johanna Chen, individually and collectively, their officers, owners, agents, servants, employees, representatives, related entities, predecessors, successors, and assigns, and all persons, entities, or corporations in active concert and participation with any of them, are required to:

    1.    Immediately cease use of the trade name HECHALOU and all trademarks, service marks, and trade dress associated with the HECHALOU specialty tea

shop. For purposes of clarity and without limiting the breadth of the previous sentence, this Order requires Defendants to take immediate action to remove all references to HECHALOU, the HECHALOU logo, and the Character Mark from all signage (interior and exterior, including monument signs), menus, decor, advertising and marketing materials (including social media sites and websites), and otherwise, and to modify the decor of their businesses to distinguish it from Plaintiffs' trade dress; and

2. Immediately cease use, and/or avoid any continuing or future use, of any word, term, design, logo, symbol, trademark, trade name, or designation on or in connection with the advertising, marketing, selling, or offering for sale specialty teas, coffees, other beverages, and specialty food similar to that sold by authorized HECHALOU affiliates, licensees, and franchisees, where such use is likely to cause confusion, mistake, or deception as to the source, origin, affiliation, or sponsorship of the goods or services of Plaintiffs' authorized affiliates, licensees, and franchisees.

IT IS SO ORDERED.

DATED: October 1, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE