JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YI-SHENG FANG, et al.,<br>Plaintiffs and Counterdefendants,<br>v.<br>HECHALOU US LLC, et al.,<br>Defendants and Counterclaimants. | CV 25-1180 PA (JDEx)<br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's July 16, 2026 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: July 16, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE